# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Aaron Raulan Stratton </br> *Plaintiff* </br> v. </br> Andrew M. Saul, Commissioner of Social Security </br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No.: 5:18-1674-BHH </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is Ordered that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case remanded to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce H. Hendricks, United States District Judge, who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  July 8, 2019

ROBIN L. BLUME </br>
*CLERK OF COURT*

s/Glenda J. Nance </br>
*Signature of Clerk or Deputy Clerk*